1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO.: 21CR00542-JLS |
|---|---|
| Plaintiff, | **ORDER GRANTING JOINT MOTION TO (1) CONTINUE MOTIONS HEARING AND (2) EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT** |
| v. | |
| SERGIO PEREZ-BRAVO, | |
| Defendant. | |

**IT IS HEREBY ORDERED** that the parties' joint motion to continue the motion hearing/trial-setting in the above-identified matter is granted. The motion hearing currently scheduled for April 2, 2021, at 1:30 p.m., is continued to May 7, 2021, at 1:30 p.m. The Court excludes time under the Speedy Trial Act, 18 U.S.C. § 3161, because the ends of justice served by the continuance outweigh the best interest of the public and defendant in a speedy trial.

IT IS SO ORDERED.

Dated: March 26, 2021

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge